DANA A. SUNTAG (State Bar #125127)
JOSHUA J. STEVENS (State Bar #238105)
ALEXANDER R. THOMAS (State Bar #350132)
HERUM\CRABTREE\SUNTAG, LLP
5757 Pacific Avenue, Suite 222
Stockton, California  95207
Telephone:  (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com
athomas@herumcrabtree.com

Attorneys for Defendant
COUNTY OF SAN JOAQUIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF TECUMSEH SCOTT,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>SAN JOAQUIN COUNTY, et al.<br><br>　　　　　Defendants. | Case No.: 2:25-cv-02613-TLN-JDP<br><br>**STIPULATION AND ORDER FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND EXCUSING DEFENDANT FROM RESPONDING TO PLAINTIFF'S COMPLAINT**<br><br>**[Local Rule 144(a)]**<br><br>**[No hearing required]** |

HERUM\CRABTREE\SUNTAG
ATTORNEYS

1

This Stipulation is respectfully submitted by Plaintiff Jeff Tecumseh Scott and Defendant County of San Joaquin (the "County") (collectively, the "Parties") through their undersigned counsel.

## RECITALS

A.     On September 10, 2025, Plaintiff filed this lawsuit.

B.     On February 25, 2026, counsel for Plaintiff and the County filed a stipulation for an extension of time for the County to respond to the Complaint through April 3, 2026, pursuant to Local Rule 144(a) (without leave of court). (ECF No. 4.)

C.     After reviewing the Complaint, on March 31, 2026, defense counsel met and conferred with Plaintiff's counsel telephonically regarding a possible motion to dismiss and motion to strike as to various portions of the Complaint.

D.     As a result of the meet and confer, the parties have agreed Plaintiff will file a First Amended Complaint.

## STIPULATION

IT IS STIPULATED AND AGREED, by the parties, through their undersigned counsel, as follows:

1.     The County need not respond to Plaintiff's Complaint.

2.     Within 14 days after the date this Stipulation is signed by all parties, Plaintiff shall file a First Amended Complaint.

3.     The County shall have 28 days to move, plead, or otherwise respond to Plaintiff's First Amended Complaint.

Dated: April 2, 2026                              HERUM\CRABTREE\SUNTAG, LLP

                                                  By:   /s/ Joshua J. Stevens
                                                        DANA A. SUNTAG
                                                        JOSHUA J. STEVENS
                                                        Attorneys for Defendant
                                                        COUNTY OF SAN JOAQUIN

HERUM\CRABTREE\SUNTAG
ATTORNEYS

2

STIPULATION AND ORDER TO AMEND COMPLAINT, ETC.

Dated April 2, 2026                                    GOSS LAW, INC.

By: ___/s/ Blair Goss*_____
BLAIR GOSS
Attorney for Plaintiff
(*as authorized on April 2, 2026)

## ORDER

Based on the above Stipulation and good cause appearing, IT IS SO ORDERED.

Dated: April 2, 2026

_____
Troy L. Nunley
Chief United States District Judge

HERUM \ CRABTREE \ SUNTAG
ATTORNEYS

3

STIPULATION AND ORDER TO AMEND COMPLAINT, ETC.