DANA A. SUNTAG (State Bar #125127)
JOSHUA J. STEVENS (State Bar #238105)
ALEXANDER R. THOMAS (State Bar #350132)
HERUM\CRABTREE\SUNTAG, LLP
5757 Pacific Avenue, Suite 222
Stockton, California  95207
Telephone:  (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com
athomas@herumcrabtree.com

Attorneys for Defendant
COUNTY OF SAN JOAQUIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF TECUMSEH SCOTT,<br><br>            Plaintiff,<br><br>        vs.<br><br>SAN JOAQUIN COUNTY, et al.<br><br>            Defendants. | Case No.: 2:25-cv-02613-TLN-JDP<br><br>**STIPULATION FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT AND EXCUSING DEFENDANT COUNTY OF SAN JOAQUIN FROM RESPONDING TO PLAINTIFF'S FIRST AMENDED COMPLAINT;**<br><br>**ORDER**<br><br>**[Local Rule 144(a)]**<br><br>**[No hearing required]** |

HERUM\CRABTREE\SUNTAG
ATTORNEYS

1

This Stipulation is respectfully submitted by Plaintiff Jeff Tecumseh Scott and Defendant County of San Joaquin (the "County") through their undersigned counsel.

## **RECITALS**

A.      On September 10, 2025, Plaintiff filed this lawsuit.

B.      On May 4, 2026, Plaintiff filed his operative First Amended Complaint. (ECF No. 10.)

C.      After reviewing the First Amended Complaint, defense counsel have met and conferred with Plaintiff's counsel telephonically multiple times regarding a possible motion to dismiss various portions of the First Amended Complaint.

D.      Pursuant to those meet and confer efforts, Plaintiff's counsel and defense counsel have stipulated to, and the Court has granted, two extensions of time for the County to respond to the First Amended Complaint, so Plaintiff's counsel and defense counsel could continue to meet and confer. (ECF Nos. 12 and 15.) Further, Plaintiff's counsel and defense counsel have also entered into a stipulated protective order to facilitate sharing confidential documents (ECF No. 16), and have now shared some documents pursuant to that protective order.

E.      As a result of their meet and confer efforts, Plaintiff's counsel has decided to dismiss some of Plaintiff's claims, and needs additional time to consider whether he will dismiss additional claims. Accordingly, Plaintiff's counsel and defense counsel have agreed to stipulate that Plaintiff may file a Second Amended Complaint, subject to Court approval.

## **STIPULATION**

IT IS STIPULATED AND AGREED, by Plaintiff and the County, through their undersigned counsel, as follows:

1.      The County need not respond to Plaintiff's First Amended Complaint.

2.      Within 14 days after the date this Stipulation is signed by Plaintiff's counsel and defense counsel, Plaintiff shall file a Second Amended Complaint that will not include certain claims for relief that are in the First Amended Complaint. Plaintiff's Second Amended Complaint will also not plead any new claims for relief.

HERUM \ CRABTREE \ SUNTAG
ATTORNEYS

2

STIPULATION AND ORDER TO FILE SAC, ETC.

3.    The County shall have 28 days to move, plead, or otherwise respond to Plaintiff's Second Amended Complaint.

Dated: June 24, 2026                    HERUM\CRABTREE\SUNTAG, LLP

By:    /s/ Joshua J. Stevens
       DANA A. SUNTAG
       JOSHUA J. STEVENS
       Attorneys for Defendant
       COUNTY OF SAN JOAQUIN

Dated June 24, 2026                     GOSS LAW, INC.

By:    /s/ Blair Goss*
       BLAIR GOSS
       Attorney for Plaintiff
(*as authorized on June 24, 2026)

## ORDER

Based on the above Stipulation and good cause appearing, IT IS SO ORDERED.

Dated: June 25, 2026

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER TO FILE SAC, ETC.